IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY ESHELBRENNER, TRIA ESHELBRENNER, Mother and Next Friend, and QADIR ESHELBRENNER, a minor, by and through her mother and next friend,<br><br>        Plaintiffs,<br><br>        v.<br><br>MARCIN RAPACZ, Individually and as agent of Road Runner Express, Inc., and ROAD RUNNER EXPRESS, Inc.,<br><br>        Defendants. | 8:05CV565<br><br>ORDER OF DISMISSAL |

The matter before the court is the parties' joint stipulation to dismiss this case with prejudice, Filing No. 72. The court finds that this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiffs' cause of action against the defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 17th day of January, 2007.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge